SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 2 3 2005
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.

DONALD RAY ROBINSON

CRIMINAL NO. 3:05cr22WHB-AGN

3:05 mj 0116
SHARON L. OVINGTON

18 U.S.C. § 1343

**The Grand Jury charges:**

That in or about April 2002, and continuing thereafter up to and including June 2002, in Hinds County in the Jackson Division of the Southern District of Mississippi, and elsewhere, the defendant, **DONALD RAY ROBINSON,** knowingly and willfully devised and intended to devise a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations, and promises from Southern Land and Timber Company (Southern Land), and, for the purpose of executing the scheme and artifice, knowingly caused to be transmitted in interstate commerce by means of a wire communication, certain signs and signals, that is, money, that was wired from a Merchant's and Farmers Bank in Canton, Mississippi, to Bank of America located in San Francisco, California and therefore traveled in interstate commerce.

All in violation of Section 1343, Title 18, United States Code.

for DUNN LAMPTON
United States Attorney

A TRUE BILL:

Foreperson of the Grand Jury

A TRUE COPY, I HEREBY CERTIFY.
J.T. NOBLIN, CLERK
BY:
DEPUTY CLERK

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.

DONALD RAY ROBINSON
(Wherever Found)

## WARRANT FOR ARREST

CASE NUMBER: 3:05CR22WHB-AGN

To: The United States Marshal
and any Authorized United States Officer

3:05mj0116
SHARON L. OVINGTON

YOU ARE HEREBY COMMANDED to arrest DONALD RAY ROBINSON
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FRAUD BY WIRE, RADIO, OR TELEVISION

in violation of
Title 18 United States Code, Section(s) 1343.F

J. T. NOBLIN
Name of Issuing Officer

CLERK
Title of Issuing Officer

S. Cook, Deputy Clerk
Signature of Issuing Officer

2-24-5
Date and Location

Bail fixed at
$ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.